# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jairo Rodriguez-Delgado**<br>YOB: 1983; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01657MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 28, 2020, at or near Amado, in the District of Arizona, **Jairo Rodriguez-Delgado**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on May 13, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jairo Rodriguez-Delgado** is a citizen of Mexico. On May 13, 2019, **Jairo Rodriguez-Delgado** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On April 28, 2020, agents found **Jairo Rodriguez-Delgado** in the United States at or near Amado, Arizona, without the proper immigration documents. **Jairo Rodriguez-Delgado** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is
LMG2/JJO
AUTHORIZED AUSA /s/Liza Granoff

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
John J. O'Connor
Border Patrol Agent

Sworn by telephone _x_

SIGNATURE OF MAGISTRATE JUDGE

DATE
April 29, 2020

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54